UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: TERRY BERRY and JENNIFER BERRY　　　　　　　Case No: 4:20-bk-14553 T

OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 521(a) Debtor has failed to provide payroll statements for the sixty days preceding the date of filing the bankruptcy petition.

2. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code. The debtors' plan is inconsistent regarding Deutche Bank in sections 3.2 and 3.3 rendering it impossible to determine feasibility. The debtors' plan and schedules are inconsistent regarding amounts for the IRS and the Department of Finance and Administration.

3. 11 U.S.C. 1322(a)(1). The plan does not commit to the supervision and control of the Trustee funds sufficient for the execution of the plan. The proposed payments under the plan are insufficient to accomplish the purposes designated under the plan.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated: 1/20/2021　　　　　　　　　　　　　　　　　　　　/s/ Jack W Gooding
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE

CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 1/20/2021, with sufficient postage to assure delivery to the following:

Terry Berry And　Jennifer Berry
816 W Ashley Street
Benton, Ar  72015

Skelton And Stevens Law Group Pllc - Electronically by ECF

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jack W Gooding
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE