**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **IN RE: TERRY BERRY AND JENNIFER BERRY AKA JENNIFER WILMOTH, DEBTORS** | **Case No. 4:20-BK-14553**<br>**Chapter 13** |
| **SELECT PORTFOLIO SERVICING, INC., AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE6**<br>**vs.** | **MOVANT** |
| **TERRY BERRY AND JENNIFER BERRY AKA JENNIFER WILMOTH, DEBTORS AND JACK W. GOODING, TRUSTEE** | **RESPONDENTS** |

### <u>ORDER</u>

Pursuant to the Objection to Confirmation filed herein by Movant, SELECT PORTFOLIO SERVICING, INC., AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE6 and the Court, being fully advised, finds that the Objection is **SUSTAINED** upon conditions. The Debtors shall modify the plan within twenty-eight (28) days to provide for arrearages in the sum of $20,438.65 and to provide for an ongoing monthly mortgage payment in the sum of $590.03 to be paid through the Trustee's office.

**IT IS SO ORDERED.**

_____
RICHARD D. TAYLOR
United States Bankruptcy Judge

 February 9, 2021
_____
DATE

13-000103-850

APPROVED AS TO FORM:

MACKIE WOLF ZIENTZ & MANN, P.C.
124 W. Capitol Avenue, Suite 1560
Little Rock, AR 72201
Phone: (501) 218-8111
Facsimile: (501) 588-0070
Email: smcdaniel@mwzmlaw.com

By:     */s/ Sarah Murphy McDaniel*
        Sarah Murphy McDaniel (Bar No. 2012130)

Leslie N. Mann (Bar No. 95142)
Sarah Murphy McDaniel (Bar No. 2012130)
Michael Tackett (Bar No. 2018110)
Stephen Wu (Texas Bar No. 24042396)*
*Licensed to Practice in Eastern and Western Districts of Arkansas

Attorney for Movant


By:     /s/Mickey Lynn Stevens
        Mickey Lynn Stevens
        Attorney at Law
        2615 N. Prickett Road, Suite 2
        Bryant, AR 72022


By:     /s/ Amanda Pace Welch, Staff Attorney for
        Jack W. Gooding
        Chapter 13 Trustee
        PO Box 8202
        Little Rock, AR 72221

13-000103-850